LOUIS HUTTER, Respondent, *v.* WILLIAM J. RODENBACH, Appellant, Impleaded with Another.

(Argued January 9, 1934; decided January 23, 1934.)

*Bernard Hershkopf* and *Charles Eno* for appellant.

*Harry A. Schwartz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.